# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**KRISTOPHER JAMES THOMPSON,**

    **Plaintiff,**

v.                                                   **Case No: 5:15-cv-380-Oc-28PRL**

**VICTOR MUSLEH, STATE OF FLORIDA, BANK OF AMERICA, NA, and DOES 1-50,**

    **Defendants.**

## ORDER

This case is before the Court on the Motion to Dismiss filed by Defendants Victor Musleh and the State of Florida (Doc. 10) and the Motion to Dismiss filed by Defendant Bank of America, NA (Doc. 18).

The first motion (Doc. 10) was referred to the assigned United States Magistrate Judge for issuance of a Report and Recommendation. The magistrate judge submitted a Report (Doc. 16) recommending that the motion be granted and that the case be dismissed in its entirety because the Court either lacks subject-matter jurisdiction under the Rooker/Feldman[1] doctrine or should abstain under the Younger[2] doctrine from exercising its jurisdiction. No objection to the Report has been filed, and the time for filing objections has passed.

In the second motion, Bank of America seeks dismissal of the claims against it for

---

[1] Rooker v. Fid. Trust Co., 263 U.S. 413 (1923); D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983).

[2] Younger v. Harris, 401 U.S. 37 (1971).

the reasons stated in the Report and based on failure to state a claim for which relief can be granted. Plaintiff has not responded to Bank of America's motion, and the time for the filing of a response has passed. (See M.D. Fla. Local R. 3.01(b)). Thus, Bank of America's motion is unopposed.

After review of the record in this matter, and noting that no objection to the Report has been filed and no response to Bank of America's motion has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. This case will be dismissed in its entirety for the reasons stated in the Report. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Because this Court lacks subject-matter jurisdiction or should abstain from exercising its jurisdiction, the Motions to Dismiss (Docs. 10 & 18) are **GRANTED**.

3. This case is **DISMISSED** in its entirety.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on January 27, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties